BEFORE:    VIKTOR V. POHORELSKY            DATE:   3/5/14
              U.S. MAGISTRATE JUDGE       START TIME:   10:15 a.m.
                                                             END TIME:   10:30 a.m.

DOCKET NO.   CV-13-6242                          JUDGE:   CBA

CASE NAME:   Alvarez v. City of New York et al

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Initial

APPEARANCES:   Plaintiff     Baree Fett
                       Defendant   Duane Blackman

SCHEDULING AND RULINGS:

1. The next conference will be held on **June 4, 2014 at 10:00 a.m.** Counsel should be prepared to advise the court concerning the number of depositions they each intend to take to enable the court to set a schedule for the completion of discovery and other pretrial proceedings.

2. The parties shall serve initial discovery requests by March 25, 2014; written responses to such requests shall be served by April 24, 2014; any unresolved disputes concerning the responses to the discovery requests shall be addressed to the court by letter motions which shall be filed by May 23, 2014; opposition to any such motions is to be filed by May 30, 2014; argument will be heard as needed at the above-scheduled conference.

3. The plaintiff is granted leave to file and serve an amended complaint within 30 days naming police officers as defendants.